| | |
|---|---|
| 1 | Kidwell & Gallagher, LTD. |
| 2 | Barbara W. Gallagher, Esq.<br>Nevada Bar No. 005315 |
| 3 | 790 Commercial Street<br>Elko, Nevada 89801 |
| 4 | (775) 738-1000 – Telephone<br>(775) 753-8600 – Facsimile |
| 5 | Barbara@kidwellgallagher.com |
| 6 | *Attorney for Plaintiffs,*<br>*Ramon Flores and Socorro Flores* |

```
☑ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAR 21 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMON FLORES, an Individual; SOCORRO FLORES, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>VLADIMIR NASKOV ALEKSANDROV, an Individual; TRIPLE D. EXPRESS, INC., an Illinois Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00589<br><br>ORDER<br><br>**MOTION TO APPEAR<br>TELEPHONICALLY** |

COMES NOW, Plaintiffs, RAMON FLORES and SOCORRO FLORES, by and through their attorney of record, KIDWELL & GALLAGHER, LTD., requests to appear telephonically for the March 28, 2019 case management conference set for 9:00 a.m. Counsel is located in Elko, Nevada and it would be an unnecessary burden to require an appearance in person given the anticipated length of the hearing.

///
///
///
///
///
///

1 | DATED this 20th day of March, 2019.

KIDWELL & GALLAGHER, LTD.
/s
*Barbara W. Gallagher, Esq.*
Barbara W. Gallagher, Esq.
Nevada Bar No. 005315
790 Commercial Street
Elko, Nevada 89801
(775) 738-1000 – Telephone
(775) 753-8600 – Facsimile
Barbara@kidwellgallagher.com

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 3/4/2019