MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants,
VLADIMIR NASKOV ALEKSANDROV,
TRIPLE D EXPRESS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAMON FLORES, an Individual; SOCORRO FLORES, an Individual;<br><br>         Plaintiffs,<br><br>vs.<br><br>VLADIMIR NASKOV ALEKSANDROV, an Individual; TRIPLE D EXPRESS, INC., an Illinois Corporation; DOES 1-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>         Defendants. | CASE NO.  3:18-cv-00589-CBC<br><br>**ORDER SETTING DISCOVERY HEARING** |

**<u>STIPULATION FOR DISCOVERY HEARING</u>**

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs, RAMON FLORES and SOCORRO FLORES, by and through their undersigned counsel, KIDWELL & GALLAGHER, LTD., and Defendants, VLADIMIR NASKOV ALEKSANDROV and TRIPLE D. EXPRESS, INC., by and through their undersigned counsel of record, THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, pursuant to Local Rule 26-4 that a discovery hearing is requested with the Court.

Plaintiffs are Mexican citizens who formally resided in Elko, Nevada and are now residing in Mexico. The parties request this discovery conference in order to discuss with the Magistrate Judge the difficulty of scheduling discovery with Plaintiffs who are still working on getting their Permanent Resident Card renewed; Plaintiffs original interviews for said renewal were scheduled with the U.S. Consular Facility in Ciudad Juarez, Mexico for late March, however due to COVID-19, the interviews were cancelled.  The immigration interview dates with the Consulate are now set for December 30, 2020 and January 4, 2021.  This is the fourth time they have been re-scheduled by the Consulate.  Plaintiffs advise that without this renewal they are unable to legally travel to Nevada to participate in discovery including their depositions and FRCP 35 examinations.

**IT IS SO STIPULATED**.

DATED this *11th* day of September 2020.                    DATED this *11th* day of September 2020.


KIDWELL & GALLGHER, LTD.                                    THORNDAL ARMSTRONG DELK
                                                            BALKENBUSH & EISINGER


*/s/ Barbara W. Gallagher*                                  */s/ Harold J. Rosenthal*
BARBARA W. GALLAGHER, ESQ.                                  MICHAEL C. HETEY, ESQ.
Nevada Bar No. 005315                                       Nevada Bar No. 5668
790 Commercial Street                                       HAROLD J. ROSENTHAL, ESQ.
Elko, NV  89801                                             Nevada Bar No. 10208
Attorney for Plaintiffs                                     1100 E. Bridger Ave.
                                                            Las Vegas, NV  89125
                                                            Attorney for Defendants
                                                            VLADIMIR NASKOV ALEKSANDROV,
                                                            TRIPLE D EXPRESS, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

Based on the foregoing stipulation by the parties, the Court sets this matter for a video Discovery Conference on **Wednesday, September 30, 2020** at **11:00 a.m.**

IT IS SO ORDERED this 21st day of September, 2020.

_____
CARLA BALDWIN
U.S. MAGISTRATE JUDGE