MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants,
VLADIMIR NASKOV ALEKSANDROV
and TRIPLE D EXPRESS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON FLORES, an Individual; SOCORRO FLORES, an Individual;<br><br>Plaintiffs,<br><br>vs.<br><br>VLADIMIR NASKOV ALEKSANDROV, an Individual; TRIPLE D EXPRESS, INC., an Illinois Corporation; DOES 1-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00589-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs RAMON FLORES and SOCORRO FLORES and Defendants VLADIMIR NASKOV ALEKSANDROV and TRIPLE D EXPRESS, INC., by and through their respective undersigned counsel of record, that the Plaintiffs' Complaint, including all claims and causes of action alleged therein, be dismissed with prejudice, as against all Defendants VLADIMIR NASKOV ALEKSANDROV

and TRIPLE D EXPRESS, INC.; and each stipulating party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED.**

| Dated this 28th day of July 2021. | Dated this 28th day of July 2021. |
|---|---|
| KIDWELL & GALLGHER, LTD. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| */s/ Barbara W. Gallagher, Esq.* <br> BARBARA W. GALLAGHER, ESQ. <br> Nevada Bar No. 005315 <br> 790 Commercial Street <br> Elko, NV  89801 <br> Attorney for Plaintiffs <br> RAMON FLORES and SOCORRO FLORES | */s/ Michael C. Hetey, Esq.* <br> MICHAEL C. HETEY, ESQ. <br> Nevada Bar No. 5668 <br> HAROLD J. ROSENTHAL, ESQ. <br> Nevada Bar No. 10208 <br> 1100 East Bridger Avenue <br> Las Vegas, Nevada  89101 <br> Attorneys for Defendants <br> VLADIMIR NASKOV ALEKSANDROV and TRIPLE D EXPRESS, INC. |

**ORDER**

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint, including all claims and causes of action alleged therein, be dismissed with prejudice as against Defendants VLADIMIR NASKOV ALEKSANDROV and TRIPLE D EXPRESS, INC.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that each of the Parties shall bear their own attorney's fees, costs and expenses incurred herein.

IT IS SO ORDERED this 28th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

/s/ Michael C. Hetey, Esq.
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
Attorneys for Defendants
VLADIMIR NASKOV ALEKSANDROV
And TRIPLE D EXPRESS, INC.